IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TIMOTHY LEE QUALLS,
    Plaintiff,

vs.        Case No. 3:10cv54/MCR/MD

SANTA ROSA COUNTY JAIL,
    Defendant.
    _____/

**O R D E R**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on March 4, 2010, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This action is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(ii) and the clerk is directed to close the file.

3. The clerk is further directed to send plaintiff a copy of the form for use in Section 2254 cases, as well as a Motion to Proceed *in Forma Pauperis* and a Prisoner Consent Form and Financial Certificate.

DONE AND ORDERED this 22nd day of March, 2010.

          *s/ M. Case Rodgers*
          M. CASEY RODGERS
          UNITED STATES DISTRICT JUDGE